1  **WO**

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                       FOR THE DISTRICT OF ARIZONA

7

8  State of Arizona, ex rel. Stephen A.)    No. CV-07-1989-PHX-LOA
   Owens, Director, Arizona Departmetn of)
9  Environmental Quality,               )    **NOTICE OF ASSIGNMENT**
                                        )     **AND ORDER**
10             Plaintiff,               )
                                        )
11  vs.                                 )
                                        )
12  Honeywell International, Inc., a Delaware)
    corporation; and Freescale Semiconductor,)
13  Inc., a Delaware corporation,       )
                                        )
14             Defendant.               )
   ─────────────────────────────────────)

15

16            Pursuant to Local Rule ("LRCiv") 3.8(a), Rules of Practice, effective

17  December 1, 2006, all civil cases are, and will be, randomly assigned to a U.S. district

18  judge or to a U.S. magistrate judge. This matter has been assigned to the undersigned U.S.

    Magistrate Judge.
19
              As a result of the aforesaid Local Rule and assignment, if all parties
20
    consent in writing, the case will remain with the assigned Magistrate Judge pursuant to 28
21
    U.S.C. 636(c)(1) for all purposes, including trial and final entry of judgment. If any party
22
    chooses the district judge option, the case will be randomly reassigned to a U.S. district
23
    judge.  To either consent  to the assigned magistrate judge or to elect to have the case
24
    heard before a district judge, the appropriate section of the form, entitled Consent To
25
    Exercise Of Jurisdiction By United  States Magistrate Judge[1], must be completed, signed
26

27  ─────────────────────

28       [1]The consent/election form may be obtained directly from the Clerk of the Court or
    by accessing the District of Arizona's web site at www.azd.uscourts.gov.  To find the

Dockets.Justia.com

and filed. The party filing the case or removing it to this Court is responsible for serving all parties with the consent forms. Each party must file a completed consent form and certificate of service with the Clerk of the Court not later than 20 days after entry of appearance, and must serve a copy by mail or hand delivery upon all parties of record in the case.

Any party is free to withhold consent to magistrate judge jurisdiction without adverse consequences. 28 U.S.C. 636(c)(2); Rule 73(b), Fed.R.Civ.P.; *Anderson v. Woodcreek Venture Ltd.,* 351 F.3d 911, 913-14 (9th Cir. 2003) (pointing out that consent is the "touchstone of magistrate judge jurisdiction" under 28 U.S.C. §636(c). "A party to a federal civil case has, subject to some exceptions, a constitutional right to proceed before an Article III judge." *Dixon v. Ylst*, 990 F.2d 478, 479 (9th Cir. 1993) (citing *Pacemaker Diagnostic Clinic of Am. Inc. v. Instromedix, Inc.*, 725 F.2d 537, 541 (9th Cir. 1984) (*en banc*)).

A review of the Court's file indicates that Plaintiffs' Complaint was filed on October 16, 2007. On October 17, 2007, a Notice of Lodging Consent Decree was filed. (docket #2) Plaintiffs and Defendants shall have until November 2, 2007 within which to make their selection to either consent to magistrate judge jurisdiction or elect to proceed before a United States district judge. It is unknown if a copy of the appropriate consent form electronically transmitted to Plaintiff's counsel on October 17, 2007 by the Clerk's office was served with the Complaint per the written instructions from the Clerk.

Accordingly,

**IT IS ORDERED** that Plaintiff and Defendants shall file on or before **November 2, 2007,** their written elections to either consent to magistrate judge jurisdiction or elect to proceed before a United States district judge.

---

consent/election form on the District's web site, click on "Local Rules" at the top of the page, then click on"Forms" on the left side of the page and then click on and print the appropriate form.

1         **IT IS FURTHER ORDERED** that Plaintiffs shall serve upon the

2 Defendants the appropriate consent form provided at the time of the filing of their

3 Complaint  at the time of service of their Complaint upon the Defendants.

4         **IT IS FURTHER ORDERED** that Defendants shall either consent to

5 magistrate judge jurisdiction or elect to proceed before a district judge within twenty (20)

6 days of each Defendant's formal appearance herein.

7         **IT IS FURTHER ORDERED** that counsel and any party, if

8 unrepresented, shall hereinafter comply with the Rules of Practice for the United States

9 District Court for the District of Arizona, as amended on December 1, 2006.   The

10 District's Rules of Practice may be found on the District Court's internet web page at

11 www.azd.uscourts.gov/.  All other rules may be found as www.uscourts.gov/rules/.  The

12 fact that a party is acting pro se does not discharge this party's duties to "abide by the

13 rules of the court in which he litigates."  *Carter v. Commissioner of Internal Revenue*, 784

14 F.2d 1006, 1008 (9th Cir. 1986).

15         DATED this 19th day of October, 2007.

16

17

18                         Lawrence O. Anderson

                        United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28